CORINNE CHANDLER - SBN 111423
 E-Mail:  cchandler@kantorlaw.net
ALAN E. KASSAN – SBN 113864
 E-Mail:  akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 NORDHOFF STREET
NORTHRIDGE, CA 91324
TEL: (818) 886-2525
FAX: (818) 350-6272

Attorneys for Plaintiff,
LORENE SWITZER

KURT A. KAPPES (SBN 246384)
MICHAEL D. LANE (SBN 239517)
GREENBERG TRAURIG, LLP
1201 K STREET, SUITE 100
SACRAMENTO, CA 95814
TELEPHONE: (916) 442-1111
FACSIMILE:  (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com

STEVE HUFFER, *pro hac vice*
ANDREA R. SIMMONS, *pro hac vice*
S.K. HUFFER & ASSOCIATES, PC
12821 E. NEW MARKET STREET, SUITE 250
CARMEL, IN 46032
TELEPHONE: (317) 564-4807
FACSIMILE: (317) 564-4812

Attorneys for Defendant,
BANKERS LIFE AND CASUALTY COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORENE SWITZER,<br><br>             Plaintiff,<br><br>      v.<br><br>BANKERS LIFE & CASUALTY COMPANY,<br><br>             Defendant. | **Case No.:  CV 12-02353 YGR**<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant by and through their attorneys of record that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own fees and costs.

DATED:  October 19, 2012                              KANTOR & KANTOR, LLP

                                                      By:       /s/ Corinne Chandler
                                                          Corinne Chandler
                                                          Attorneys for Plaintiff Lorene Switzer

DATED:  October 19, 2012                              GREENBERG TRAURIG, LLP

                                                      By:       /s/ Michael D. Lane
                                                          Michael D. Lane
                                                          Attorneys for Defendant Bankers Life
                                                          & Casualty Company

DATED:  October 19, 2012                              S.K. HUFFER & ASSOCIATES, P.C.

                                                      By:       /s/ Andrea R. Simmons
                                                          Andrea R. Simmons, *pro hac vice*
                                                          Attorneys for Defendant Bankers Life
                                                          & Casualty Company

***ORDER***

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.  Each party shall bear its own fees and costs.

DATED:  November 9, 2012                              _____
                                                      Hon. Yvonne Gonzalez Rogers
                                                      U.S. District Court Judge

2
STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER