CORINNE CHANDLER - SBN 111423
E-Mail: cchandler@kantorlaw.net
ALAN E. KASSAN – SBN 113864
E-Mail: akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 NORDHOFF STREET
NORTHRIDGE, CA 91324
TEL: (818) 886-2525
FAX: (818) 350-6272

Attorneys for Plaintiff,
LORENE SWITZER

KURT A. KAPPES (SBN 246384)
MICHAEL D. LANE (SBN 239517)
GREENBERG TAURIG, LLP
1201 K STREET, SUITE 100
SACRAMENTO, CA 95814
TELEPHONE: (916) 442-1111
FACSIMILE: (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com

STEVE HUFFER, *pro hac vice*
ANDREA R. SIMMONS, *pro hac vice*
S.K. HUFFER & ASSOCIATES, PC
12821 E. NEW MARKET STREET, SUITE 250
CARMEL, IN 46032
TELEPHONE: (317) 564-4807
FACSIMILE: (317) 564-4812

Attorneys for Defendant,
BANKERS LIFE AND CASUALTY COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENE SWITZER, | Case No.: CV 12-02353 YGR |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |
| v. | |
| BANKERS LIFE & CASUALTY COMPANY, | |
| Defendant. | |

1

STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant by and through their attorneys of record that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: October 19, 2012                KANTOR & KANTOR, LLP

By: /s/ Corinne Chandler
Corinne Chandler
Attorneys for Plaintiff Lorene Switzer

DATED: October 19, 2012                GREENBERG TRAURIG, LLP

By: /s/ Michael D. Lane
Michael D. Lane
Attorneys for Defendant Bankers Life
& Casualty Company

DATED: October 19, 2012                S.K. HUFFER & ASSOCIATES, P.C.

By: /s/ Andrea R. Simmons
Andrea R. Simmons, *pro hac vice*
Attorneys for Defendant Bankers Life
& Casualty Company

***ORDER***

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: November 9, 2012

_____
Hon. Yvonne Gonzalez Rogers
U.S. District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525